**Order entered May 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00387-CV

### IN THE INTEREST OF D.M., ET AL., CHILDREN

On Appeal from the 304th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 15-00317

## ORDER

We **REINSTATE** this accelerated appeal, which we abated to allow the trial court an opportunity to hold a hearing to determine whether appellant, who is indigent and appealing a default order terminating her parental rights to her children, wishes to be represented by appointed counsel. The reporter's record of that hearing and the supplemental clerk's record containing the trial court's written findings of fact and any order appointing counsel remain due. We enter this order to address an issue with the record of testimony from the termination hearing.

The appealed judgment reflects that the termination hearing was held January 8, 2016, and a record of testimony was made. Appellant has requested that record, but court reporter Martha Grant, the Official Court Reporter for the 304th Judicial District Court, has informed us that "there is no record for the date requested."

To ensure a complete record is filed, we **ORDER** the trial court, on our own motion, to conduct a hearing with the parties and Ms. Grant and make written findings of fact regarding:

(1)      the date the hearing terminating appellant's rights was held;

(2)      whether the proceeding was recorded;

(3)      if the proceeding was recorded, the name and contact information of the reporter who recorded the proceeding;

(4)      if the proceeding was recorded, whether the record can be located and prepared for filing;

(5)      if the proceeding was recorded but the record cannot be located or prepared, whether it is appellant's fault the record cannot be prepared;

(6)      if the proceeding was not recorded, whether it is appellant's fault no record was made;

(7)      if the proceeding was not recorded, whether the record is necessary to the appeal's resolution; and,

(8)      whether appellant's request of the reporter's record was timely.

*See* TEX. R. APP. P. 34.6(f).

The trial court shall conduct the hearing **WITHIN FOURTEEN DAYS** of the date of this order and shall transmit to the Court, **WITHIN TWENTY DAYS** of the date of this order, a reporter's record of this hearing and a supplemental clerk's record containing the trial court's docket sheet, the written findings, and any supporting documentation.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Andrea Martin, Presiding Judge of the 304th Judicial District Court; Ms. Grant; Dallas County District Clerk Felicia Pitre; and, the parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated when the requested record has been filed or within thirty days of the date of this order.

/s/      BILL WHITEHILL
           JUSTICE